UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY WRIGHT,

                      Petitioner,

  -against-

LEWIS MARSHALL,

                      Respondent.
----------------------------------------------------------------X

JUDGMENT
05-CV-2280 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 4, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.

Dated: Brooklyn, New York
       August 04, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court